LVNV FUNDING, LLC, Respondent,

v.

Carol LAMPKINS, Appellant.

No. ED 96900.

Missouri Court of Appeals,
Eastern District,
Division Five.

Sept. 4, 2012.

Patric Alexander Lester, Lester and Associates, St. Louis, MO, for appellant.

Michael Joseph Payne, Frankel, Rubin, Bond, et al., Clayton, MO, for respondent.

Before GARY M. GAERTNER, JR., C.J., MARY K. HOFF, J., and ROBERT M. CLAYTON III, J.

ORDER

PER CURIAM.

Carol Lampkins (Lampkins) appeals from the trial court's judgment in favor of LVNV Funding, LLC, (LVNV) on LVNV's petition to collect a credit card debt from Lampkins. We affirm.

We have reviewed the briefs of the parties, the legal file, and the record on appeal, and find the claim of error to be without merit. No error of law appears. An extended opinion would have no precedential value. The parties have been furnished with a memorandum for their information only, setting forth the reasons for this order pursuant to Rule 84.16(b).

■

STATE of Missouri, Respondent,

v.

David R. FUGATE, Appellant.

No. ED 96972.

Missouri Court of Appeals,
Eastern District,
Division Five.

Sept. 4, 2012.

Amy M. Bartholow, Columbia, MO, for appellant.

Chris Koster, Attorney General, Todd T. Smith, Asst. Atty. Gen., Jefferson City, MO, for respondent.

Before GARY M. GAERTNER, JR., C.J., MARY K. HOFF, J., and ROBERT M. CLAYTON III, J.

ORDER

PER CURIAM.

David R. Fugate appeals the judgment entered upon a jury's verdict convicting him of second-degree murder and armed criminal action. We find that the trial court did not plainly err in instructing the jury. We also find the trial court did not abuse its discretion in admitting autopsy photographs at trial. We affirm.

An extended opinion would have no precedential value. We have, however, provided the parties a memorandum setting forth the reasons for our decision. The judgment of the trial court is affirmed under Rule 30.25(b).